# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| GREGGORY SCOTT BECKOM, ET AL., § § § Plaintiffs, § § v. § § CLAY THOMPSON, ET AL., § § § Defendants. § | CIVIL ACTION NO.  5:19-CV-00148-RWS |

## ORDER

Plaintiffs Greggory and Ricky Beckom, inmates proceeding *pro se*, filed the above-styled and numbered civil action complaining of alleged violations of their constitutional rights.  The case was referred to the United States Magistrate Judge.

Plaintiffs sued the attorneys who represented them on criminal charges.  The Magistrate Judge issued a Report recommending the lawsuit be dismissed because criminal defense attorneys are not state actors for purposes of liability under 42 U.S.C. §1983.

Copies of this Report were sent to Plaintiffs at their last known address, return receipt requested, but were returned because the Plaintiffs are no longer at that address.  No change of address notification has been filed.  Because no objections have been received, the Plaintiffs are barred from *de novo* review by the District Judge of those findings, conclusions, and recommendations and, except upon grounds of plain error, from appellate review of the unobjected-to factual findings and legal conclusions accepted and adopted by the District Court.  *Duarte v. City of Lewisville, Texas*, 858 F.3d 348, 352 (5th Cir. 2017).

Nonetheless, the Court has reviewed the pleadings in this cause and the Report of the Magistrate Judge.  Upon such review, the Court has determined the Report of the Magistrate Judge is correct.  *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir.), *cert. denied*, 492 U.S. 918, 109 S.Ct. 3243 (1989) (where no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law.").  It is accordingly

**ORDERED** that the Report of the Magistrate Judge (Docket No. 3) is **ADOPTED** as the opinion of the District Court.  It is further

**ORDERED** that the above-styled civil action is **DISMISSED WITH PREJUDICE** for purposes of proceeding *in forma pauperis* for failure to state a claim upon which relief may be granted.  It is further

**ORDERED** that any and all motions which may be pending in this civil action are hereby **DENIED**.

**SIGNED this 1st day of March, 2021.**

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE